# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY WINN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | Case: 1:16-CV-01021 - DAD – JLT<br><br>ORDER GRANTING STIPULATION TO TAKE THE DEPOSITION OF BRIAN BERGMARK BEYOND THE DISCOVERY DEADLINE<br><br>(Doc. 17) |

Counsel have agreed to take the deposition of expert witness, Brian Bergmark, after the current discovery deadline. (Doc. 17) They report that this is required by their conflicting schedules and the need to coordinate with Mr. Bergmark.[1] They have determined October 5, 2017 is the earliest date that is available for all involved. Id. at 2. Based upon the stipulation, the Court **ORDERS**:

1.　　The scheduling order (Doc. 10) is amended to allow the expert deposition of Brian Bergmark to occur on October 5, 2017. **Absolutely no other amendments to the schedule are authorized at this time**.


IT IS SO ORDERED.

　　Dated:　**August 31, 2017**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] It appears that this may be due, also, to the late production of the plaintiff's expert disclosure. (Doc. 17 at 2)