# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY WINN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-01021 - DAD - JLT<br><br>ORDER APPROVING THE STIPULATION OF THE PARTIES AND CONTINUING THE SETTLEMENT CONFERENCE TO JANUARY 4, 2018<br><br>(Doc. 21) |

The parties have stipulated for the continuance of the settlement conference scheduled for December 18, 2017. (Doc. 21 at 1) The parties note that additional time is necessary for counsel to participate in a meaningful settlement conference. (*Id.* at 1-2) Accordingly, they request the conference be continued to a date after January 1, 2018. (*Id.* at 1)

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** that the settlement conference is **CONTINUED** to **January 4, 2018 at 1:30 p.m**.

IT IS SO ORDERED.

　Dated:　**December 14, 2017**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE