David J. Frankenberger, #186140
Michael E. Lehman, #133523
ERICKSEN ARBUTHNOT
Attorneys At Law
2440 West Shaw Avenue, Suite 101
Fresno, California 93711
Phone (559) 449-2600
Fax (559) 449-2603

Attorneys for Defendant COUNTY OF KERN, LISA GREEN, SCOTT TUNNICLIFFE and CHARLES BROWN

UNITED STATES DISTRICT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY WINN,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, a municipality; LISA GREEN, individually and in her official capacity; SCOTT TUNNICLIFFE, individually and in his official ,<br><br>        Defendant(s). | Case No. 1:16-CV-01021-DAD-JLT<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE HEARING;** ~~PROPOSED~~ **ORDER (Doc. 23)** |

The Parties hereby stipulate by and through their respective counsel that the Settlement Conference currently scheduled for January 4, 2018 be continued to a date set by the court herein. This stipulation is based upon the fact that lead counsel for County of Kern recently associated in and had to review the file materials provided by the County in order to prepare for the Settlement Conference which had been previously scheduled for December 18, 2017. Defendants' associated counsel has now reviewed the file materials, and upon attempting to contact Kern County Counsel's office to discuss the settlement conference, associated counsel learned that the County Counsel's office is closed between December 22, 2017 to January 2, 2018, by an imposed

1

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE HEARING; ~~PROPOSED~~ ORDER

furlough.

Therefore, associated counsel cannot respond to Plaintiff's settlement demand, nor can it submit its settlement conference statement, without further discussion with County Counsel's office. In order to participate in a meaningful settlement conference the parties request that the currently scheduled settlement conference be continued to January 29, 2018.

DATED:   December 28, 2017                                ERICKSEN ARBUTHNOT

                                                         By  */s/ Michael E. Lehman*_____
                                                              Michael E. Lehman
                                                              Attorney for Defendants
                                                         COUNTY OF KERN, LISA GREEN,
                                                         SCOTT TUNNICLIFFE and CHARLES
                                                                      BROWN

DATED: December 28, 2017                                 ADAMS, FERRONE & FERRONE

                                                         By  */s/ Michel A. McGill*_____
                                                              Michael A. McGill
                                                              Attorney for
                                                              Plaintiff JAY WINN

///

///

///

///

///

///

///

///

2

_____
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE HEARING; ~~PROPOSED~~ ORDER

***~~PROPOSED~~ ORDER***

For all of the above reasons the settlement conference scheduled for January 4, 2018 is hereby moved to **January 29, 2018 but at 1:30 p.m.** (rather than 9:30) at the United States Courthouse at 510 19th Street, Bakersfield, CA.

IT IS SO ORDERED.

Dated: __December 28, 2017__             ____/s/ Jennifer L. Thurston____
                                                                       UNITED STATES MAGISTRATE JUDGE

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                                  ) ss.
COUNTY OF FRESNO      )

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE HEARING; ~~PROPOSED~~ ORDER

I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is: 2440 West Shaw, Suite 101, Fresno, CA 93711-3300. I am familiar with the regular mail collection and processing practices of said business, and in the ordinary course of business the mail is deposited with the United States Postal Service that same day.

On December 28, 2017, I served the within **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE HEARING; PROPOSED ORDER** by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Fresno, California, addressed as follows:

| *Attorney for Plaintiff* | *Attorneys for County of Kern, Lisa Green, Scott Tunnicliffe and Charles Brown* |
|---|---|
| Michael A. McGill | Mark L. Nations, County Counsel |
| Adams, Ferrone & Ferrone | Andrew Thomson, Deputy County Counsel |
| 4333 Park Terrace Drive, Suite 200 | Kern County Administrative Center |
| Westlake Village, California 91361 | 1115 Truxtun Avenue, Fourth Floor |
| Fax: 818-874-1382 | Bakersfield, CA 93301 |
| | Fax: 661-868-3805 |

I declare under penalty of perjury under the laws of the State of California the above is true and correct.

Executed on December 28, 2017, at Fresno, California.

_____
Kalyn Stonacek