1  David J. Frankenberger, #186140
   Michael E. Lehman, #133523
2  ERICKSEN ARBUTHNOT
   Attorneys At Law
3  2440 West Shaw Avenue, Suite 101
   Fresno, California 93711
4  Phone (559) 449-2600
   Fax (559) 449-2603
5
6  Attorneys for Defendant COUNTY OF KERN, LISA GREEN, SCOTT TUNNICLIFFE and
   CHARLES BROWN

## UNITED STATES DISTRICT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY WINN, | Case No. 1:16-CV-01021-DAD-JLT |
| Plaintiffs, | |
| v. | **STIPULATION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE HEARING;** ~~PROPOSED~~ **ORDER** |
| COUNTY OF KERN, a municipality; LISA GREEN, individually and in her official capacity; SCOTT TUNNICLIFFE, individually and in his official , | (Doc. 25) |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their counsel of record that the Pre-Trial Conference and Trial in the above captioned matter, be vacated and reset for a date to be determined by the Court.

This stipulation is entered into for the following reasons:

1. On November 28, 2017, Lead counsel for County of Kern associated in as lead counsel for defendants. James Brannen, prior counsel for defendants, is no longer employed with the County of Kern, and therefore is unable to assist in the preparation of this matter for trial. Therefore, Lead counsel for County of Kern will need additional time

to review the file and prepare the same for Trial.

2. The Settlement Conference in this matter is currently scheduled for January 29, 2018, after the current Pre-Trial Conference date, which is currently scheduled for January 23, 2018.

Good cause exists for the continuance in that Lead Counsel for the County of Kern needs additional time to prepare this matter for trial. The Settlement Conference in this matter is set for January 29, 2018 and the parties desire to have meaningful settlement discussions before trial preparation is necessary.

DATED: January 12, 2018                              ERICKSEN ARBUTHNOT

                                                By */s/ Michael E. Lehman*
                                                          Michael E. Lehman
                                                         Attorney for Defendants
                                        COUNTY OF KERN, LISA GREEN,
                                     SCOTT TUNNICLIFFE and CHARLES
                                                                  BROWN

DATED: January 11, 2018                              ADAMS, FERRONE & FERRONE

                                                By */s/ Michel A. McGill*
                                                         Michael A. McGill
                                                             Attorney for
                                                            Plaintiff JAY WINN

*///*
*///*
*///*
*///*
*///*

STIPULATION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE HEARING; ~~PROPOSED~~ ORDER

***~~PROPOSED~~ ORDER***

The Court, having consider the parties STIPULATION TO CONTINUE THE PRE-TRIAL CONFERENCE AND TRIAL [set for January 23, 2018 and March 20, 2018, respectively] and finding the Stipulation is supported by good cause, hereby orders that:

1. The Pre-Trial Conference is continued from January 23, 2018 to April 30, 2018, in Courtroom 5 at 3:30 p.m.;
2. The Trial is continued from March 20, 2018 to June 26, 2018, in Courtroom 5 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **January 12, 2018**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE HEARING; ~~PROPOSED~~ ORDER