# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY WINN, | Case: 1:16-CV-01021 - DAD – JLT |
| Plaintiff, | ORDER AFTER SETTLEMENT CONFERENCE |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |

The Court held a settlement conference at which the parties were able to come to terms of a settlement. Counsel will develop a written settlement agreement but following are the major terms:

1. The defendants will pay to the plaintiff $75,000 in settlement of this matter which includes any related matter, including any claim that the defendants violated the Peace Officers' Bill of Rights, and attorney's fees and costs;

2. The settlement agreement will indicate that any inquiries related to the plaintiff's employment with the County of Kern will be directed to the County's human resources department. That department, as a matter of policy, will verify to prospective employers dates of service, job title and salary range, unless the prospective employer is a law enforcement agency or other armed agency;

3. If the plaintiff needs to be certified for his CCW permit before the end of 2018, the County will provide a date certain for him to attempt recertification at the gun range;

| | |
|---|---|
| 1 | Because counsel informed the Court that the matter has settled <u>subject to the approval by the Kern County Board of Supervisors</u> of the terms of the settlement, the Court **ORDERS**: |

1. The parties SHALL file a stipulated request for dismissal of the action no later than July 28, 2018;

2. All pending dates, conferences and hearings, including the trial date, are **VACATED**. **The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **June 7, 2018**                      **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE