MARK L. NATIONS, COUNTY COUNSEL
By: Andrew C. Thomson, Chief Deputy (SBN 149057)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants County of Kern,
Lisa Green, Scott Tunnicliffe and Charles Brown

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY WINN, | Case No.: 1:16-CV-01021-DAD-JLT |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |
| | (Doc. 44) |
| COUNTY OF KERN, a municipality; LISA GREEN, individually and in her official capacity; SCOTT TUNNICLIFFE, individually and in his official capacity; CHARLES BROWN, individually and in his official capacity and DOES 1 to 10, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice. Each party is to bear its own attorneys' fees and costs.

IT IS ALSO STIPULATED AND AGREED that Plaintiff agrees to a full and complete release of all claims in exchange for Defendants' waiver of costs and fees and a forbearance of filing suit against Plaintiff relating to this suit or circumstances described in

\\\
\\\

STIPULATION FOR DISMISSAL AND RELEASE

Plaintiff's Complaint.

Respectfully submitted,

Dated: July 24, 2018                    MARK L. NATIONS, COUNTY COUNSEL

                                              By: /s/ Andrew C. Thomson
                                              Andrew C. Thomson, Chief Deputy
                                              Attorneys for Defendants

Dated: July 12, 2018                    ADAMS, FERRONE & FERRONE

                                              By: /s/ Michael A. McGill
                                              Michael A. McGill, Esq.
                                              Attorneys for Plaintiff

STIPULATION FOR DISMISSAL AND RELEASE

**ORDER**

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 10) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **July 25, 2018**                    /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR DISMISSAL AND RELEASE